# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 14-0727-AG(DFMx) | Date | October 20, 2014 |
| Title | MOHAMMAD SARABI v CITIBANK, NA, ET AL | | |

| | |
|---|---|
| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |

| | |
|---|---|
| Lisa Bredahl | Miriam Baird |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Seyed Abbas Kazerounian | Julia Strickland |
| | Arjun Rao |

**Proceedings:**  1. SCHEDULING CONFERENCE
2. MOTION OF DEFENDANT CITIBANK, NA TO COMPEL ARBITRATION AND STAY ACTION [DKT #14]

Cause is called for hearing and counsel make their appearances.  Motion is argued and taken under submission.

Court and counsel confer.  The Court sets the following dates:

Discovery Cutoff is August 3, 2015.

A Final Pretrial Conference is set for October 19, 2015, at 8:30 a.m.  A Jury Trial is set for November 3, 2015 at 9:00 a.m.  Court sets the length of the trial at 4 days.

Counsel stipulate to and the Court orders ADR Procedure No. 3, private mediation.

Scheduling Order Specifying Procedures is signed and filed this date.

| | : | 15 |
|---|---|---|
| | Initials of Preparer | lmb |

cc: ADR